UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID JOERN and DENNIS JOERN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERFVICING, LLC, a Florida corporation, et al.<br><br>　　　　Defendants. | NO. CV-10-134-JLQ<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |

On April 30, 2010, Plaintiffs filed a Motion for Preliminary Injunction (Ct. Rec. 2). While it appears that time may be of the essence in view of the pending foreclosure, the Motion did not comply with the Local Rules (L.R.) of this District. L.R. 7.1. requires the filing of a Memorandum setting forth points and authorities relied upon and a Notice of Hearing. Local Rule 5.1 requires proof of service to be attached to each document. Plaintiffs have not yet filed proof of service for either the Complaint or the Motion. Moreover, there is no declaration yet filed setting forth the manner in which Notice of the Motion was given, or attempted to be given, to any of the Defendants. Fed.R.Civ.P. 65 provides that the court may issue a preliminary injunction only on Notice to the adverse party. Accordingly, Plaintiffs' Motion for Preliminary Injunction is **DENIED** without prejudice. Plaintiff may re-file the Motion in compliance with L.R. 7.1, L.R. 5.1(b),  and Fed.R.Civ. 65.

**DATED** this 6th day of May, 2010.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1