AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DAVID JOERN and DENNIS JOERN,

                        Plaintiffs,

                        v.

OCWEN LOAN SERVICING, LLC, a Florida Corporation, et al.,

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-134-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Clerk of this Court enters a judgment of dismissal with prejudice of the Third Amended Complaint and the claims therein without costs or attorneys fees to any party.

| | |
|---|---|
| December 20, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |